**FILED**

OCT 20 2014

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| CHRISTINE J. TODD,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | No. CV 13-154-BLG-SEH<br><br>**ORDER** |

On October 1, 2014, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986).

---

[1] Doc. 21.

However, this Court will review Judge Ostby's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's motion for summary judgment (Doc. 16) is DENIED.

2. The Commissioner's decision denying disability insurance benefits is AFFIRMED.

3. The Clerk is directed to enter judgment accordingly.

DATED this 20th day of October, 2014.

*/s/ Sam G Haddon*
SAM E. HADDON
United States District Judge